UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAN I. SHERMAN,

    Plaintiff,

    v.

SZE-YAU DEREK YIU,

    Defendant.

Case No. 15-cv-00275-NC

**ORDER RE: FILING FEE**

On January 26, 2015, the Court denied defendant Sze-Yau Derek Yiu's IFP application without prejudice. Dkt. No. 6. The Court stated that Yiu could re-file an amended application or pay the filing fee of $350.00. *Id.* at 2. On March 24, 2015, Yiu submitted a payment to the Clerk's Office of $350.00.

The correct filing fee for civil cases is $400.00 ($350.00 plus $50.00 Administrative Fee), having increased on December 1, 2014. *See* http://cand.uscourts.gov/courtfees (summarizing Court's fee schedules). The Court regrets the error. Accordingly, the Court orders Yiu to pay the remaining $50.00 filing fee by April 15, 2015.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge