UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN I. SHERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SZE-YAU DEREK YIU,<br><br>　　　　Defendant. | Case No. 15-cv-00275 EJD (NC)<br><br>**REPORT AND RECOMMENDATION THAT THIS CASE BE REMANDED TO SANTA CLARA COUNTY SUPERIOR COURT DUE TO LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. Nos. 1, 5 |

　　Plaintiff Sherman filed this unlawful detainer case in Santa Clara County Superior Court. Defendant Yiu removed the case to this federal court. On January 26, 2015, the undersigned magistrate judge issued an Order to Show Cause as to the apparent lack of federal subject matter jurisdiction. Dkt. No. 5. That Order commanded Yiu to show by February 9, 2015, why this Court has subject matter jurisdiction over this case. Yiu did not file a response.

　　Accordingly, because federal courts are of limited jurisdiction and Yiu has not demonstrated that subject matter jurisdiction is satisfied, I recommend that this case be remanded to Santa Clara County Superior Court. This is a recommendation to the District Court Judge, rather than an immediate remand, because the parties have not consented to the jurisdiction of a magistrate judge. 28 U.S.C. § 636(c); Dkt. No. 8. Any party may

Case No. 15-cv-00275 EJD (NC)
RECOMMENDATION TO REMAND

1  object to this recommendation, but must do so within fourteen days after being served with
2  a copy.  Fed. R. Civ. P. 72(a).
3      IT IS SO ORDERED.
4      Date:  March 26, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge